Attachment 4 - Motion to Proceed *in Forma Pauperis*

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**

# UNITED STATES DISTRICT COURT
### for the
District of _____

APR 1 3 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Regina Y Cyphers Pro Se
_____ Plaintiff _____ )
)
v. )
)
Camino Real Community Service )
_____ Defendant Emma Garcia )
Veronica Sanchez )

Civil Action No. **SA22CA0357JKP**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.   I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*   If I am employed, my employer's name and address are:

Center For Health Care Services

My take-home pay or wages are: 1400.00 per *(specify pay period)* EVERY Two weeks.
Amazing Grace 900. 00                First and Fifteeth of Month.
3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes      ☐ No
(b) Rent payments, interest, or dividends      ☐ Yes      ☐ No
(c) Pension, annuity, or life insurance payments      ☑ Yes      ☐ No
(d) Disability, or worker's compensation payments      ☐ Yes      ☐ No
(e) Gifts, or inheritances      ☐ Yes      ☐ No
(f) Any other sources      ☐ Yes      ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.   SSICheck $651.00 every second Wednesday

33

Rev. Ed. October 26, 2017

AO 240    (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:

*100.00*

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:  NO

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:  Rent  1095 / mo    Water / 70    per mo   Pet / 150
Car Payment  300 / mo    CPS / 150.00 per mo
Car Ins.  88 / mo    CarInCare / 80.00 per mo
Cell Ph  40 / mo    Food / 200.00 per mo.

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:  Alton Cyphers Jr  01/27/1955
Disabled due to Stroke
Diagnoses Schizophrenia

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
My debt is many. Unable to pay. My debt is reported to Credit Beaware

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  04/13/2022

Regina Cyphers
_____
Applicant's signature

Rev. Ed. October 26, 2017

34

*Regina Cyphers*

_Printed name_

**Rev. Ed. October 26, 2017**