IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REGINA Y. CYPHERS, | § § § | |
| *Plaintiff,* | § § | SA-22-CV-00357-JKP |
| vs. | § § § | |
| CAMINO REAL COMMUNITY SERVICES, EMMA GARCIA, EXECUTIVE DIRECTOR, CAMINO REAL COMMUNITY SERVICES; AND VERONICA SANCHEZ, DEPUTY EXECUTIVE DIRECTOR, CAMINO REAL COMMUNITY SERVICES; | § § § § § § § § § | |
| *Defendants.* | § | |

# **ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Motion to Dismiss Stay to Arbitrate Pursuant to the FAA [#24]. By her motion, Plaintiff, who is proceeding *pro se*, asks the Court to lift the stay on this case, which the Court entered on August 24, 2022, when it compelled Plaintiff's claims to arbitration. Plaintiff argues that Defendants have failed to pay the $750 case management fee or the arbitrator's compensation, entitling Plaintiff to proceed in this Court instead of before the arbitrator. The Court will deny the motion.

Defendants filed a response in opposition to Plaintiff's motion [#26], which demonstrates that the outstanding invoice with the arbitrator was paid in full as of July 7, 2023. (Ex. A [#26], at 7–8.) Plaintiff has not established that she has suffered any prejudice due to the delay in payment. The arbitrator has proceeded with adjudicating the parties' dispute, and there is no evidence before the Court that the delay in payment resulted in any delay in the arbitration. Accordingly, the stay remains in full force and effect pending the completion of the arbitration.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss Stay to Arbitrate Pursuant to the FAA [#24] is **DENIED**.

SIGNED this 17th day of July, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE